

June 5, 2020

**Via ECF**
The Honorable Debra Freeman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *Alonso et al. v. New Day Top Trading, Inc.*
     No. 18 Civ. 04745 (PAE) (DCF)

Dear Judge Freeman:

  We represent Plaintiffs in the above-referenced matter. On May 29, 2020, the Court directed Plaintiffs Jose Alonso and Marcelo Juarez Flores to file proof of service of Opt-In Plaintiffs' consent to join forms ("consent forms") on New Day Top Trading, Inc. ("Day Top") and specify the date when service of each was made. ECF No. 65. On June 2, 2020, Plaintiffs served the five consent forms on Day Top by U.S. mail and Federal Express. *See* Exhibit A (Proof of Service).

  Plaintiffs had not previously served the consent forms.[1] However, Plaintiffs did previously provide Day Top with notice of each of the Opt-In Plaintiffs' consents to join, their claims, and the amounts of their damages. The Clerk of the Court's November 21, 2018 Certificate of Default states each Opt-In Plaintiff's name and specifies the dates they field their consents to join the action. ECF No. 37. Plaintiffs served the Certificate on Day Top on December 20, 2018. ECF No. 44, 44-4.

  Further, Plaintiffs' Motion for Default Judgment included a declaration from each Opt-In Plaintiff explaining that they had joined the case, detailing their claims, and setting out their damages. ECF Nos. 16, 17-5 to 17-8, 24, 24-1, 24-2. Plaintiffs' Proposed Findings of Fact and Conclusions of Law also includes a detailed explanation of each Opt-In Plaintiffs' claims and damages and put Day Top on notice that they filed consent to join forms. ECF Nos. 52, 53-1 to 53-7. Plaintiffs served these documents on Day Top. ECF Nos. 18, 24, 44. This is sufficient to put Day Top on notice of Opt-In Plaintiffs' claims and the amount of their damages.

  Plaintiffs will file a supplemental proof of service when they have confirmation of delivery of the consent forms and this letter and exhibits.

---

[1] Plaintiffs' Counsel apologizes for the incorrect statement that "each time we filed a document with the Court we have served [D]efendant." ECF No. 31 at 12.

New York 685 Third Avenue 25th Floor New York, NY 10017 Tel (212) 245-1000 Fax (646) 509-2060
Chicago 161 N Clark Street Suite 1600 Chicago, IL 60601 Tel (312) 809-7010 Fax (312) 809-7011
San Francisco One California Street 12th Floor San Francisco, CA 94111 Tel (415) 638-8800 Fax (415) 638-8810
Washington DC 601 Massachusetts Ave NW Suite 200W Washington, DC 20001 Tel (202) 847-4400 Fax (202) 847-4410

www.outtengolden.com

Respectfully submitted,

*Molly Brooks*
Molly Brooks

cc: Day Top, via U.S. mail and FedEx

**New York**  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
**Chicago**  161 N Clark Street  Suite 1600  Chicago, IL 60601  Tel (312) 809-7010  Fax (312) 809-7011
**San Francisco**  One California Street  12th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
**Washington DC**  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410

www.outtengolden.com