UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE ALONSO and MARCELO JUAREZ
FLORES on behalf of themselves and all other
Similarly situated,

                Plaintiffs,                18 **CIVIL** 4745 (PAE) (DCF)

      -against-                      **DEFAULT JUDGMENT**

NEW DAY TOP TRADING, INC.,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 7, 2021, the Court adopts the Report in its entirety. The Court accordingly awards Alonso $183,026.99, plus additional interest at a rate of 9% from March 29, 2021 in the amount of $41,880.59 for a total sum of $224,907.58; Flores $140,093.32, plus additional interest as a rate of 9% from December 30, 2014 in the amount of $85,598.94 for a total sum of $225,692.26; and awards $78,576.75 in attorneys' fees and $2,227.77 in costs. The Court also vacates the default judgment as to the Opt-In Plaintiffs. The Court grants the Opt-In Plaintiffs the opportunity to serve New Day Top with their consent to join forms and thereafter, in the event of a default, file a new default judgment in favor of those plaintiffs.

**Dated:** New York, New York
        October 12, 2021

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                              **BY:**
                                                          **Deputy Clerk**