IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE ALONSO and MARCELO JUAREZ FLORES on behalf of themselves and all others similarly situated,<br><br>                                    **Plaintiffs,**<br><br>-against-<br><br>**NEW DAY TOP TRADING, INC.**<br><br>                                    **Defendant.** | [PROPOSED] AMENDED<br>DEFAULT JUDGMENT |

PAUL A. ENGELMAYER, District Judge:

The Court awards the following to each of the Plaintiffs and opt-in Plaintiffs:

(1) As to Plaintiff Alonso, **$200,170.82**, representing $183,026.99 in unpaid overtime wages, liquidated damages, statutory damages for failure to provide wage statements and wage notices, and prejudgment interest from June 17, 2015 through March 29, 2019, *see* ECF No. 67 at 58-59, and $17,143.82 in prejudgment interest from March 29, 2019 to October 12, 2021;

(2) As to Plaintiff Flores, **$152,874.82**, representing $140,093.32 in unpaid overtime wages, liquidated damages, statutory damages for failure to provide wage statements and wage notices, and prejudgment interest from December 30, 2014 through March 29, 2019, *see* ECF No. 67 at 59, and $12,781.50 in prejudgment interest from March 29, 2019 to October 12, 2021;

(3) As to Opt-in Plaintiff Perez, **$172,224.72**, representing $86,112.36 in unpaid overtime compensation and another $86,112.36 in liquidated damages;

(4) As to Opt-in Plaintiff Maldonado, **$87,000.00**, representing $43,500.00 in unpaid overtime compensation and another $43,500.00 in liquidated damages;

(5) As to Opt-in Plaintiff Soriano, **$93,453.30**, representing $46,726.65 in unpaid overtime compensation and another $46,726.65 in liquidated damages;

(6) As to Opt-in Plaintiff Tapia, **$229,153.84**, representing $114,576.92 in unpaid overtime compensation and another $114,576.92 in liquidated damages; and

(7) As to Opt-in Plaintiff Velos, **$83,250.00**, representing $41,625.00 in unpaid overtime compensation and another $41,625.00 in liquidated damages.

The Court also awards a total amount of attorneys' fees of **$104,769.00** and costs of **$2,970.36**.

SO ORDERED.

Dated: 12/9/2021
New York, New York

Paul A. Engelmayer
United States District Judge